Last revised 8/1/15

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

IN RE: Reginald T Ballard
Linda E Lovingham-Ballard

Debtor(s)

Case No.: _____
Judge: _____
Chapter: __13__

## CHAPTER 13 PLAN AND MOTIONS

☐ Original
☐ Motions Included

☑ Modified/Notice Required
☐ Modified/No Notice Required

☑ Discharge Sought
☐ No Discharge Sought

Date: _____

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

**YOUR RIGHTS WILL BE AFFECTED.**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. **This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice.**

YOU SHOULD FILE A PROOF OF CLAIM BY THE DEADLINE STATED
IN THE NOTICE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN
THAT MAY BE CONFIRMED, EVEN IF THE PLAN REFERS TO YOUR CLAIM

### Part 1: Payment and Length of Plan

a. The Debtor shall pay __285.00 Monthly__ to the Chapter 13 Trustee, starting on __10/1/2016__ for approximately 60 months.

b. The Debtor shall make plan payments to the Trustee from the following sources:
   ☑ Future Earnings
   ☐ Other sources of funding (describe source, amount and date when funds are available):

    c. Use of real property to satisfy plan obligations:

- ☐ Sale of real property
  Description:
  Proposed date for completion: _____

- ☐ Refinance of real property
  Description:
  Proposed date for completion: _____

- ☑ Loan modification with respect to mortgage encumbering property
  Description: Modify Mortgage held by Shellpoint Mortgage Co on 101 Savannah Court EHT, N.J.
  Proposed date for completion: 3/1/2016

d. ☑ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

## Part 2: Adequate Protection

a. Adequate protection payments will be made in the amount of $____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ____ (creditor).

b. Adequate protection payments will be made in the amount of $____ to be paid directly by the debtor(s) outside of the Plan, pre-confirmation to ____ (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| Thomas E. Dowey, Esq | Attorney Fees | 1781.00 |

## Part 4: Secured Claims

a. **Curing Default and Maintaining Payments**

The Debtor shall pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the Debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| Quicken Loan | 1-3 Cottage St Worchester MA | 2151.00 | 0 | 2151.00 | 1016.00 |
| Shellpoint | 101 Savannah Circle, Egg Harbor Township, N.J. | 11,462.79 | 0 | 11,462.79 | 2600.00 |

b. **Modification**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

1.) The Debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|
| None | | | | | | | |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

### c. Surrender

Upon confirmation, the stay is terminated as to surrendered collateral. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| **Cliffs at Peace Canyon** | Timeshare at Cliffs at Peace Canyon | 0 | 740.00 |
| **Peppertree by the Sea** | Timeshare at Peppertree by the Sea | 0 | 840.00 |
| **Plantation Resort** | Timeshare at Plantation Resort | 0 | 748.00 |
| **Southwind Management Royal Fl** | Timeshare at Southwind Management | 0 | |
| **Fox Hills Owners Asso** | Timeshare at Fox Hills | 0 | 1384.50 |
| **Fortune Place Owners Asso** | Timeshare at Fortune Place | 0 | |

### d. Secured Claims Unaffected by the Plan

The following secured claims are unaffected by the Plan:

Creditor
**Ford Credit**
**Equiant Financial Services**

### e. Secured Claims to be paid in full through the Plan

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| None | | |

## Part 5: Unsecured Claims

a. **Not separately classified** Allowed non-priority unsecured claims shall be paid:

_____  Not less than $____ to be distributed *pro rata*

_____  Not less than ___ percent

__x__  *Pro Rata* distribution from any remaining funds

b. **Separately Classified Unsecured** Claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| -NONE- | | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

## Part 6: Executory Contracts and Unexpired Leases

All executory contracts and unexpired leases are rejected, except the following, which are assumed:

| Creditor | Nature of Contract or Lease | Treatment by Debtor |
|---|---|---|
| -NONE- | | |

## Part 7: Motions

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, Notice of Chapter 13 Plan Transmittal, within the time and in the manner set forth in D.N.J. LBR 3015-1. A Certification of Service must be filed with the Clerk of Court when the plan and transmittal notice are served.**

    a. **Motion to Avoid Liens under 11 U.S.C. Section 522(f).**
The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| -NONE- | | | | | | | |

    b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount of Lien to be Reclassified |
|---|---|---|
| -NONE- | | |

    c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|
| | | | |

## Part 8: Other Plan Provisions

    a. **Vesting of Property of the Estate**
        ☑ Upon Confirmation
        ☐ Upon Discharge

    b. **Payment Notices**
Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

### c. Order of Distribution

The Trustee shall pay allowed claims in the following order:
1) Trustee Commissions
2) Other Administrative Claims
3) Secured Claims
4) Lease Arrearages
5) Priority Claims
6) General Unsecured Claims

### d. Post-petition claims

The Trustee ☑ is, ☐ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9 : Modification

If this plan modifies a plan previously filed in this case, complete the information below.
Date of Plan being modified: _____.

| Explain below **why** the Plan is being modified. | Explain below **how** the Plan is being modified |
|---|---|
|  | Shellpoint mortgage arrears being put in the plan and 6 timeshares being surrendered. |

| Are Schedules I and J being filed simultaneously with this modified Plan? | ☐ Yes | ☑ No |
|---|---|---|

## Part 10: Sign Here

The debtor(s) and the attorney for the debtor (if any) must sign this Plan.

Date    April 18, 2017        /s/ Thomas E. Dowey Esq.
                              Thomas E. Dowey Esq.
                              Attorney for the Debtor

I certify under penalty of perjury that the foregoing is true and correct.

Date:    April 18, 2017       /s/ Reginald T Ballard
                              Reginald T Ballard
                              Debtor

Date:    April 18, 2017       /s/ Linda E Lovingham-Ballard
                              Linda E Lovingham-Ballard
                              Joint Debtor

5

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 16-30073-JNP
Reginald T Ballard                                                  Chapter 13
Linda E Lovingham-Ballard
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 3              Date Rcvd: Apr 19, 2017
                               Form ID: pdf901          Total Noticed: 61

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 21, 2017.
```
db/jdb         +Reginald T Ballard,    Linda E Lovingham-Ballard,    101 Savannah Circle,
                 Egg Harbor Township, NJ 08234-6003
cr             +Financial Health Services, LLC,    c/o Saldutti Law Group,    800 N. Kings Highway,    Suite 300,
                 Cherry Hill, NJ  08034,    UNITED STATES 08034-1511
cr             +QUICKEN LOANS INC.,    Stern & Eisenberg,    1581 Main Street,    Suite 200,    Suite 200,
                 Warrington, PA 18976-3400
516455565      +American Express,    Bankruptcy Processing,    P.O. Box 8053,    Mason, OH 45040-8053
516455567      +Barclay Bank Delaware,    P.O. Box 8803,    Wilmington, DE 19899-8803
516455568      +Betty Tauber,    1-3 Cottage St.,    Worcester, MA 01609-2301
516455569       Capital One,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
516455576      +Cliff's at Peace Canyon,    P.O. Box 350547,    Fort Lauderdale, FL 33335-0547
516455578      +Dilson Caba,    1-3 Cottage St,    Worcester, MA 01609-2301
516455579      +Encore Receivable Management, Inc.,    400 N. Rogers Road,    P.O. Box 3330,
                 Olathe, KS 66063-3330
516455580      +Equiant Financial Services,    4343 N. Scottsdale,    Scottsdale, AZ 85251-3343
516455582     ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court: Ford Credit,     National Bankruptcy Service Center,    P.O. Box 62180,
                 Colorado Springs, CO 80962)
516455581      +Financial Health Services,    c/o Saldutti Law Group,    800 N. Kings Highway, Ste 300,
                 Cherry Hill, NJ 08034-1511
516490614      +Fox Hills Owners Association,    Attorney John F. Mayers, Nash Law Firm,    1425 Memorial Drive,
                 Manitowoc, WI 54220-6707
516455583      +Fox Hills Owners Association,    250 West Church Street,    Mishicot, WI 54228-9788
516455584      +Guardian Protection Services,    174 Thorn Hill Rd.,    Warrendale, PA 15086-7528
516455585      +Home Depot Credit Services,    Dept 32 - 2131072096,    P.O. Box 9001030,
                 Louisville, KY 40290-1030
516455586      +Home Depot Loan Services,    P.O. Box 530584,    Atlanta, GA 30353-0584
516455587      +Jane Varas,    101 Svannah Circle,    Egg Harbor Township, NJ 08234-6003
516455588      +John Francis Mayer,    1425 Memorial Dr.,    Manitowoc, WI 54220-6707
516455589      +Joseph Allegretto,    P.O. Box 353,    Absecon, NJ 08201-0353
516630658      +MIDLAND FUNDING LLC,    PO BOX 2011,    WARREN, MI 48090-2011
516455591      +Management Services Inc.,    P.O. Box 1099,    Langhorne, PA 19047-6099
516455595      +Mitra Youseff,    1-3 Cottage St.,    Worcester, MA 01609-2301
516455596      +Monterey Collections,    4095 Avenida De La Plata,    Oceanside, CA 92056-5802
516509533      +NJ Class,    PO Box 548,    Trenton, NJ 08625-0548
516455598      +NJ HEAA,    4 Quakenbridge Plaza,    Trenton, NJ 08619-1241
516455597      +National Enterprise Systems,    2479 Edison Blvd.,    Unit A,    Twinsburg, OH 44087-2476
516676890       New Penn Financial LLC dba Shellpoint Mortgage Ser,    c/o Shellpoint Mortgage Servicing,
                 PO BOX 10826,    Greenville SC 29603-0826
516455599      +Northstar Location Services LLC,    4285 Genesee St.,    Buffalo, NY 14225-1943
516455601      +Peppertree by the Sea,    C/O Pinnicle Recovery Service,    P.O. Box 130848,
                 Carlsbad, CA 92013-0848
516455602      +Phillips & Cohen Asso.,    P.O. Box 5790,    Hauppauge, NY 11788-0164
516455603      +Phillips Cohen Associates, Ltd.,    Mail Stop: 876,    1004 Justison Street,
                 Wilmington, DE 19801-5148
516455604      +Pinnacle Recovery, Inc.,    P.O. Box 130848,    Carlsbad, CA 92013-0848
516455605      +Plantation Resort,    1250 Highway 17 North,    Myrtle Beach, SC 29575-6006
516455606       Quicken Loans,    105 Woodward Ave.,    Detroit, MI 48226
516455607      +Robert Ballard,    2204 Steffanie Ct.,    Kissimmee, FL 34746-3717
516455608      +Roger Ballard,    8 Winners Ct.,    Egg Harbor Township, NJ 08234-6709
516455609      +Ron Ostertag,    1-3 Cottage St,    Worcester, MA 01609-2301
516455610      +Shellpoint Mortgage Servicing,    P.O. Box 740039,    Cincinnati, OH 45274-0039
516455611      +SilverScript Insurance Company,    P.O. Box 504849,    Saint Louis, MO 63150-4849
516455613      +State of NJ Dept of Labor and Workforce,    P.O. Box 951,    Trenton, NJ 08625-0951
516455618      +Yuri Tutka,    South Jersey Home Improvements,    143 South Zurich Ave.,
                 Egg Harbor City, NJ 08215-3539

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 19 2017 21:59:32     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 19 2017 21:59:31     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516455566      +E-mail/Text: legal@arsnational.com Apr 19 2017 21:59:27     ARS National Services, Inc.,
                 P.O. Box 469046,    Escondido, CA 92046-9046
516455573      +E-mail/Text: bkr@cardworks.com Apr 19 2017 21:59:12     Carson Smithfield,    P.O. Box 9216,
                 Old Bethpage, NY 11804-9016
516455574      +E-mail/Text: bkr@cardworks.com Apr 19 2017 21:59:12     Carson Smithfirld,    P.O. Box 9216,
                 Old Bethpage, NY 11804-9016
516455577      +E-mail/Text: csivels@creditcorpsolutionsinc.com Apr 19 2017 21:59:52
                 Credit Corp Solutions INC,    180 Election Road, Suite 200,    Draper, UT 84020-6406
516455590       E-mail/Text: camanagement@mtb.com Apr 19 2017 21:59:27     M&T Bank,    P.O. Box 62082,
                 Baltimore, MD 21264
```

```
District/off: 0312-1          User: admin              Page 2 of 3                  Date Rcvd: Apr 19, 2017
                              Form ID: pdf901          Total Noticed: 61

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516586410      E-mail/Text: bkr@cardworks.com Apr 19 2017 21:59:12      MERRICK BANK,
                Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
516455592     +E-mail/Text: bknotices@mbandw.com Apr 19 2017 21:59:40      McCarthy Burgess & Wolff,
                26000 Cannon Road,    Bedford, OH 44146-1807
516455593     +E-mail/Text: bkr@cardworks.com Apr 19 2017 21:59:12      Merrick Bank,    P.O. Box 9201,
                Old Bethpage, NY 11804-9001
516455594     +E-mail/Text: bankruptcydpt@mcmcg.com Apr 19 2017 21:59:31      Midland Credit Management, Inc.,
                P.O. Box 60578,    Los Angeles, CA 90060-0578
516692172      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 19 2017 22:17:12
                Portfolio Recovery Associates, LLC,    c/o Barclaycard,    POB 41067,   Norfolk VA 23541
516671530      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 19 2017 22:01:59
                Portfolio Recovery Associates, LLC,    c/o Household Bank,    POB 41067,   Norfolk VA 23541
516671384      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 19 2017 22:01:59
                Portfolio Recovery Associates, LLC,    c/o Orchard Bank,    POB 41067,   Norfolk VA 23541
516512505     +E-mail/Text: bankruptcyteam@quickenloans.com Apr 19 2017 21:59:40      Quicken Loans Inc.,
                635 Woodward Avenue,    Detroit, MI 48226-3408
516455612     +E-mail/Text: kareng@spinnakerresorts.com Apr 19 2017 21:59:34
                Southwind Management Corporation,    P.O. Box 6685,   Hilton Head Island, SC 29938-6685
516455614     +E-mail/PDF: gecsedi@recoverycorp.com Apr 19 2017 21:56:03      Synchrony Bank,
                ATTN: Bankruptcy Dept.,    P.O. Box 965061,   Orlando, FL 32896-5061
516625861     +E-mail/PDF: gecsedi@recoverycorp.com Apr 19 2017 21:55:55      Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk VA 23541-1021
                                                                                              TOTAL: 18

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516455570       Capital One,    P.O. Box 30285,   Salt Lake City, UT 84130-0285
516455571*      Capital One,    P.O. Box 30285,   Salt Lake City, UT 84130-0285
516455572*      Capital One,    P.O. Box 30285,   Salt Lake City, UT 84130-0285
516468996*    ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
                (address filed with court: Ford Motor Credit Company LLC,     Dept  55953,   P O Box 55000,
                Detroit MI, 48255-0953)
516455600*    +Northstar Location Services, LLC,    4285 Genesee St.,   Buffalo, NY 14225-1943
516455615*    +Synchrony Bank,    ATTN: Bankruptcy Dept.,   P.O. Box 965061,    Orlando, FL 32896-5061
516455616*    +Synchrony Bank,    ATTN: Bankruptcy Dept.,   P.O. Box 965061,    Orlando, FL 32896-5061
516455617*    +Synchrony Bank,    ATTN: Bankruptcy Dept.,   P.O. Box 965061,    Orlando, FL 32896-5061
516455575    ##+Chris Malinowski dba,    C&L Contracting,   119 Old N. Woodstock Road,
                Southbridge, MA 01550-2835
                                                                                 TOTALS: 0, * 8, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 21, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 18, 2017 at the address(es) listed below:
          Denise E. Carlon   on behalf of Creditor    New Penn Financial LLC d/b/a Shellpoint Mortgage
           Servicing dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
          Robert L. Saldutti    on behalf of Creditor    Financial Health Services, LLC
           rsaldutti@salduttiolect.com, lmarciano@salduttiolect.com;kcollins@slgcollect.com
          Steven P. Kelly    on behalf of Creditor    QUICKEN LOANS INC. skelly@sterneisenberg.com,
           bkecf@sterneisenberg.com
          Thomas E. Dowey   on behalf of Debtor Reginald T Ballard tdesquire@hotmail.com
```

```
District/off: 0312-1          User: admin             Page 3 of 3            Date Rcvd: Apr 19, 2017
                              Form ID: pdf901         Total Noticed: 61
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Thomas E. Dowey   on behalf of Joint Debtor Linda E Lovingham-Ballard tdesquire@hotmail.com
                                                                                                            TOTAL: 6