Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 16−30073−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Reginald T Ballard                       Linda E Lovingham−Ballard
   101 Savannah Circle                   101 Savannah Circle
   Egg Harbor Township, NJ 08234     Egg Harbor Township, NJ 08234

Social Security No.:
   xxx−xx−5326                            xxx−xx−9326

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

      Please be advised that on April 21, 2017, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 28 − 26
Order Granting Application to Employ Thomas Flynn, Esq. as Special Counsel for Debtors (Related Doc # 26). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 4/21/2017. (cmf)

      Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: April 21, 2017
JAN: cmf

                                                                                   Jeanne Naughton
                                                                                   Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Reginald T Ballard  
Linda E Lovingham-Ballard  
    Debtors

Case No. 16-30073-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 1      Date Rcvd: Apr 21, 2017  
                      Form ID: orderntc      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2017.  
aty          +Thomas Flynn,   Flynn & Associates PC,   2091 Springdale Road,   Suite 2,  
             Cherry Hill, NJ 08003-4005

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2017                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2017 at the address(es) listed below:  
         Denise E. Carlon    on behalf of Creditor    New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Robert L. Saldutti    on behalf of Creditor    Financial Health Services, LLC rsaldutti@salduticollect.com, lmarciano@salduticollect.com;kcollins@slgcollect.com  
         Steven P. Kelly    on behalf of Creditor    QUICKEN LOANS INC. skelly@sterneisenberg.com, bkecf@sterneisenberg.com  
         Thomas E. Dowey    on behalf of Debtor Reginald T Ballard tdesquire@hotmail.com  
         Thomas E. Dowey    on behalf of Joint Debtor Linda E Lovingham-Ballard tdesquire@hotmail.com  
         TOTAL: 6