**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

Law Office of Thomas E. Dowey, Esq.
1423 Tilton Road, Suite 8
Northfield, New Jersey 08225
609-646-6200

Order Filed on April 21, 2017 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Reginald Ballard
Linda Lovingham Ballard

Case No.: 16-30073
Chapter: JNP
Judge: 13

## ORDER AUTHORIZING RETENTION OF

Thomas Flynn Esq

The relief set forth on the following page is **ORDERED**.

**DATED: April 21, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the applicant's request for authorization to retain _____Thomas Flynn Esq_____
as _____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.
   The professional's address is: 2091 Springfield Road, Ste 2
   Cherry Hill, N.J. 08003

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☒ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☒ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 16-30073-JNP
Reginald T Ballard                                                  Chapter 13
Linda E Lovingham-Ballard
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 1          Date Rcvd: Apr 21, 2017
                               Form ID: pdf903          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 23, 2017.
db/jdb         +Reginald T Ballard,    Linda E Lovingham-Ballard,    101 Savannah Circle,
                 Egg Harbor Township, NJ 08234-6003
aty            +Thomas Flynn,    Flynn & Associates PC,    2091 Springdale Road,    Suite 2,
                 Cherry Hill, NJ 08003-4005

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 21, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    New Penn Financial LLC d/b/a Shellpoint Mortgage
               Servicing dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Robert L. Saldutti    on behalf of Creditor    Financial Health Services, LLC
               rsaldutti@salduticollect.com,    lmarciano@salduticollect.com;kcollins@slgcollect.com
              Steven P. Kelly    on behalf of Creditor    QUICKEN LOANS INC. skelly@sterneisenberg.com,
               bkecf@sterneisenberg.com
              Thomas E. Dowey    on behalf of Debtor Reginald T Ballard tdesquire@hotmail.com
              Thomas E. Dowey    on behalf of Joint Debtor Linda E Lovingham-Ballard tdesquire@hotmail.com
                                                                                             TOTAL: 6