UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: 16-30073 |
| Reginald Ballard | Chapter: 13 |
| Linda Lovingham Ballard | Judge: JNP |

## NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

__Reginald & Linda Lovingham Ballard__, __the debtors__, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

Address of the Clerk:  Court Clerk
U.S. Courthouse
401 Market St.
Camden, N.J. 08101

If an objection is filed, a hearing will be held before the Honorable _____
on __April 17, 2018__ at __10:00__ a.m. at the United States Bankruptcy Court, courtroom no. __4C__, __401 Market St. Camden, N.J. 08101__ (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

Nature of action:  Personal Injury Claim from Auto Accident

Pertinent terms of settlement:  $95,000.00 Lump sum payment

Objections must be served on, and requests for additional information directed to:

Name:  Thomas E. Dowey, Esq.

Address:  1423 Tilton Road, Suite 8 Northfield, New Jersey 08225

Telephone No.:  609-646-6200

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 16-30073-JNP
Reginald T Ballard                                                    Chapter 13
Linda E Lovingham-Ballard
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 3          Date Rcvd: Mar 19, 2018
                              Form ID: pdf905          Total Noticed: 64

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2018.
```
db/jdb         +Reginald T Ballard,    Linda E Lovingham-Ballard,    101 Savannah Circle,
                 Egg Harbor Township, NJ 08234-6003
aty            +Thomas Flynn,    Flynn & Associates PC,    2091 Springdale Road,    Suite 2,
                 Cherry Hill, NJ 08003-4005
cr             +Financial Health Services, LLC,    c/o Saldutti Law Group,    800 N. Kings Highway,    Suite 300,
                 Cherry Hill, NJ  08034,    UNITED STATES 08034-1511
cr             +QUICKEN LOANS INC.,    Stern & Eisenberg,    1581 Main Street,    Suite 200,    Suite 200,
                 Warrington, PA 18976-3400
516455565      +American Express,    Bankruptcy Processing,    P.O. Box 8053,    Mason, OH 45040-8053
516455567      +Barclay Bank Delaware,    P.O. Box 8803,    Wilmington, DE 19899-8803
516455568      +Betty Tauber,    1-3 Cottage St.,    Worcester, MA 01609-2301
516455569       Capital One,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
516455576      +Cliff's at Peace Canyon,    P.O. Box 350547,    Fort Lauderdale, FL 33335-0547
516455578      +Dilson Caba,    1-3 Cottage St,    Worcester, MA 01609-2301
516455579      +Encore Receivable Management, Inc.,    400 N. Rogers Road,    P.O. Box 3330,
                 Olathe, KS 66063-3330
516455580      +Equiant Financial Services,    4343 N. Scottsdale,    Scottsdale, AZ 85251-3343
516455582     ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court: Ford Credit,     National Bankruptcy Service Center,    P.O. Box 62180,
                 Colorado Springs, CO 80962)
516455581      +Financial Health Services,    c/o Saldutti Law Group,    800 N. Kings Highway, Ste 300,
                 Cherry Hill, NJ 08034-1511
516455583      +Fox Hills Owners Association,    250 West Church Street,    Mishicot, WI 54228-9788
516490614      +Fox Hills Owners Association,    Attorney John F. Mayers, Nash Law Firm,    1425 Memorial Drive,
                 Manitowoc, WI 54220-6707
516455584      +Guardian Protection Services,    174 Thorn Hill Rd.,    Warrendale, PA 15086-7528
516455585      +Home Depot Credit Services,    Dept 32 - 2131072096,    P.O. Box 9001030,
                 Louisville, KY 40290-1030
516455586      +Home Depot Loan Services,    P.O. Box 530584,    Atlanta, GA 30353-0584
516455587      +Jane Varas,    101 Svannah Circle,    Egg Harbor Township, NJ 08234-6003
516455588      +John Francis Mayer,    1425 Memorial Dr.,    Manitowoc, WI 54220-6707
516455589      +Joseph Allegretto,    P.O. Box 353,    Absecon, NJ 08201-0353
516455591      +Management Services Inc.,    P.O. Box 1099,    Langhorne, PA 19047-6099
516455595      +Mitra Youseff,    1-3 Cottage St.,    Worcester, MA 01609-2301
516455596      +Monterey Collections,    4095 Avenida De La Plata,    Oceanside, CA 92056-5802
516509533      +NJ Class,    PO Box 548,    Trenton, NJ 08625-0548
516455598      +NJ HEAA,    4 Quakenbridge Plaza,    Trenton, NJ 08619-1241
516455597      +National Enterprise Systems,    2479 Edison Blvd.,    Unit A,    Twinsburg, OH 44087-2476
516676890       New Penn Financial LLC dba Shellpoint Mortgage Ser,     c/o Shellpoint Mortgage Servicing,
                 PO BOX 10826,    Greenville SC 29603-0826
516455599      +Northstar Location Services LLC,    4285 Genesee St.,    Buffalo, NY 14225-1943
516455601    +++Peppertree by the Sea,    305 South Ocean Blvd,    North Myrtle Beach SC 29582-3203
516455602      +Phillips & Cohen Asso.,    P.O. Box 5790,    Hauppauge, NY 11788-0164
516455603      +Phillips Cohen Associates, Ltd.,    Mail Stop: 876,    1004 Justison Street,
                 Wilmington, DE 19801-5148
516455604      +Pinnacle Recovery, Inc.,    P.O. Box 130848,    Carlsbad, CA 92013-0848
516455605      +Plantation Resort,    1250 Highway 17 North,    Myrtle Beach, SC 29575-6006
516455606       Quicken Loans,    105 Woodward Ave.,    Detroit, MI 48226
516455607      +Robert Ballard,    2204 Steffanie Ct.,    Kissimmee, FL 34746-3717
516455608      +Roger Ballard,    8 Winners Ct.,    Egg Harbor Township, NJ 08234-6709
516455609      +Ron Ostertag,    1-3 Cottage St,    Worcester, MA 01609-2301
516455610      +Shellpoint Mortgage Servicing,    P.O. Box 740039,    Cincinnati, OH 45274-0039
516455611      +SilverScript Insurance Company,    P.O. Box 504849,    Saint Louis, MO 63150-4849
516455613      +State of NJ Dept of Labor and Workforce,    P.O. Box 951,    Trenton, NJ 08625-0951
516455618      +Yuri Tutka,    South Jersey Home Improvements,    143 South Zurich Ave.,
                 Egg Harbor City, NJ 08215-3539
517374284       eCAST Settlement Corporation,    PO Box 29262,    New York NY 10087-9262
517374285       eCAST Settlement Corporation,    PO Box 29262,    New York NY 10087-9262,
                 eCAST Settlement Corporation,    PO Box 29262,    New York NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 19 2018 22:51:21      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 19 2018 22:51:20      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516455566      +E-mail/Text: legal@arsnational.com Mar 19 2018 22:51:18      ARS National Services, Inc.,
                 P.O. Box 469046,    Escondido, CA 92046-9046
516455573      +E-mail/Text: bkr@cardworks.com Mar 19 2018 22:51:04      Carson Smithfield,    P.O. Box 9216,
                 Old Bethpage, NY 11804-9016
516455574      +E-mail/Text: bkr@cardworks.com Mar 19 2018 22:51:04      Carson Smithfirld,    P.O. Box 9216,
                 Old Bethpage, NY 11804-9016
```

```
District/off: 0312-1              User: admin                Page 2 of 3                  Date Rcvd: Mar 19, 2018
                                  Form ID: pdf905            Total Noticed: 64


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516455577        +E-mail/Text: csivels@creditcorpsolutionsinc.com Mar 19 2018 22:51:37
                  Credit Corp Solutions INC,   180 Election Road, Suite 200,    Draper, UT 84020-6406
516455590         E-mail/Text: camanagement@mtb.com Mar 19 2018 22:51:18      M&T Bank,   P.O. Box 62082,
                  Baltimore, MD 21264
516586410         E-mail/Text: bkr@cardworks.com Mar 19 2018 22:51:04     MERRICK BANK,
                  Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
516630658        +E-mail/Text: bankruptcydpt@mcmcg.com Mar 19 2018 22:51:20      MIDLAND FUNDING LLC,
                  PO BOX 2011,   WARREN, MI 48090-2011
516455592        +E-mail/Text: bknotices@mbandw.com Mar 19 2018 22:51:28      McCarthy Burgess & Wolff,
                  26000 Cannon Road,   Bedford, OH 44146-1807
516455593        +E-mail/Text: bkr@cardworks.com Mar 19 2018 22:51:04     Merrick Bank,    P.O. Box 9201,
                  Old Bethpage, NY 11804-9001
516455594        +E-mail/Text: bankruptcydpt@mcmcg.com Mar 19 2018 22:51:20      Midland Credit Management, Inc.,
                  P.O. Box 60578,   Los Angeles, CA 90060-0578
516692172         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 19 2018 22:53:48
                  Portfolio Recovery Associates, LLC,    c/o Barclaycard,   POB 41067,   Norfolk VA 23541
516671530         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 19 2018 22:53:48
                  Portfolio Recovery Associates, LLC,    c/o Household Bank,   POB 41067,   Norfolk VA 23541
516671384         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 19 2018 22:53:36
                  Portfolio Recovery Associates, LLC,    c/o Orchard Bank,   POB 41067,   Norfolk VA 23541
516455604        +E-mail/Text: bankruptcy@pinnaclerecovery.com Mar 19 2018 22:51:42      Pinnacle Recovery, Inc.,
                  P.O. Box 130848,   Carlsbad, CA 92013-0848
516512505        +E-mail/Text: bankruptcyteam@quickenloans.com Mar 19 2018 22:51:28     Quicken Loans Inc.,
                  635 Woodward Avenue,   Detroit, MI 48226-3408
516455612        +E-mail/Text: kareng@spinnakerresorts.com Mar 19 2018 22:51:22
                  Southwind Management Corporation,    P.O. Box 6685,   Hilton Head Island, SC 29938-6685
516455614        +E-mail/PDF: gecsedi@recoverycorp.com Mar 19 2018 22:53:36     Synchrony Bank,
                  ATTN: Bankruptcy Dept.,    P.O. Box 965061,   Orlando, FL 32896-5061
516625861        +E-mail/PDF: gecsedi@recoverycorp.com Mar 19 2018 22:53:24     Synchrony Bank,
                  c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk VA 23541-1021
                                                                                              TOTAL: 20

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516455570*       Capital One,   P.O. Box 30285,   Salt Lake City, UT 84130-0285
516455571*       Capital One,   P.O. Box 30285,   Salt Lake City, UT 84130-0285
516455572*       Capital One,   P.O. Box 30285,   Salt Lake City, UT 84130-0285
516468996*      ++FORD MOTOR CREDIT COMPANY,   P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                 (address filed with court: Ford Motor Credit Company LLC,    Dept  55953,   P O Box 55000,
                  Detroit  MI, 48255-0953)
516455600*      +Northstar Location Services, LLC,   4285 Genesee St.,    Buffalo, NY 14225-1943
516455615*      +Synchrony Bank,   ATTN: Bankruptcy Dept.,   P.O. Box 965061,    Orlando, FL 32896-5061
516455616*      +Synchrony Bank,   ATTN: Bankruptcy Dept.,   P.O. Box 965061,    Orlando, FL 32896-5061
516455617*      +Synchrony Bank,   ATTN: Bankruptcy Dept.,   P.O. Box 965061,    Orlando, FL 32896-5061
516455575      ##+Chris Malinowski dba,   C&L Contracting,   119 Old N. Woodstock Road,
                  Southbridge, MA 01550-2835
                                                                                          TOTALS: 0, * 8, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2018                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-1           User: admin                Page 3 of 3                  Date Rcvd: Mar 19, 2018
                               Form ID: pdf905            Total Noticed: 64
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 16, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    New Penn Financial LLC d/b/a Shellpoint Mortgage
               Servicing dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Robert L. Saldutti    on behalf of Creditor    Financial Health Services, LLC
               rsaldutti@salduticollect.com, lmarciano@salduticollect.com;kcollins@slgcollect.com
              Steven P. Kelly    on behalf of Creditor    QUICKEN LOANS INC. skelly@sterneisenberg.com,
               bkecf@sterneisenberg.com
              Thomas E. Dowey    on behalf of Debtor Reginald T Ballard tdesquire@hotmail.com
              Thomas E. Dowey    on behalf of Joint Debtor Linda E Lovingham-Ballard tdesquire@hotmail.com
                                                                                            TOTAL: 6
```