| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Law Office of Thomas E. Dowey, Esq.<br>1423 Tilton Road, Suite 8<br>Northfield, New Jersey 08225<br>609-646-6200 | |
| In Re:<br><br>Reginald T. Ballard<br>Linda E. Lovingham Ballard | Case No.: 16-30073<br>Adv. No.:<br>Chapter: 13<br>Hearing Date: 5/15/2018<br>Judge: JNP |

## ADJOURNMENT REQUEST FOR CHAPTER 13

1. I, __Thomas E. Dowey, Esq.__,

   ☒ am the attorney for: __the debtors__

   ☐ am self-represented

   Phone number: __609-646-6200__

   Email address: __tdesquire@hotmail.com__

2. I request an adjournment of the following hearing:

   Matter: __Motion to Approve Settlement__

   Current hearing date and time: __5/15/2018 @ 10:00__

   New date requested: __5/29/2018 @ 10:00__

   Reason for adjournment request: __Trustee wants to wait till the final numbers are established re: the possible Medicare Lien.__

3. I request an adjournment of confirmation:

   Current confirmation date and time: _____

   New date requested: _____

   Reason for adjournment request: _____

   _____

   Confirmation has been adjourned ____ previous times

   Trustee payments are current through _____

   The meeting of creditors under § 341(a) of the Code ☐ was conducted ☐ was not conducted

4. Consent to adjournment:

   ☐ I have the consent of all parties.  ☒ I do not have the consent of all parties (explain below): I have the trustee's consent. No one else objected.

   _____

I certify under penalty of perjury that the foregoing is true.

Date: 5/11/2018                                  /S/ Thomas E. Dowey, Esq.
                                                 Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment
request must be made not later than 3 days before the hearing.**

**NOTE: THIS FORM MUST BE SUBMITTED TO THE CHAPTER 13 TRUSTEE, AND IS NOT REQUIRED WHEN SEEKING THE ADJOURNMENT OF A 341(a) MEETING OF CREDITORS.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☒ Granted            New hearing date: 5/29/18 at 10 am          ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____     ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/1/15*

2