UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2 ©)

THOMAS E. DOWEY, ESQUIRE
1423 Tilton Road, Suite 8
Northfield, New Jersey 08225
(609)646-6200
Attorney for Debtor

**Order Filed on May 29, 2018 by**
**Clerk U.S. Bankruptcy Court**
**District of New Jersey**

| | |
|---|---|
| In Re:  Reginald Ballard | Case No.: 16-30073 (JNP) |
| Linda Lovingham Ballard | Hearing Date: |
| | Judge: Jerrold N. Poslusny Jr. |

**ORDER**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED.**

**DATED: May 29, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor: Reginald & linda Lovingham Ballard

Case No.: 16-30073 JNP

**ORDER APPROVING SETTLEMENT**

THIS MATTER having been brought before the court by attorney for the Debtors and for good cause shown, it is hereby

**ORDERED THAT**

1. Debtor's personal injury and spousal consortium settlement is approved.

2. Attorney Thomas Flynn, Esq. shall hold settlement funds in his attorney trust account and distribute to Co-Debtor Linda Lovingham Ballard  $23,675.00 per her exemption under sec 522(d)(11)(D).

3. Attorney Flynn shall then distribute to Debtor Reginald Ballard  $5,887.32 per his exemption under sec 522(d)(11)(D)(E).

4. Attorney Flynn shall hold $31,311.59 for his attorney fee pending court approval.

5. Attorney Flynn shall hold $500.00 for Thomas E. Dowey, Esq. for his attorney fee for filing this motion, pending court approval.

6. Attorney Flynn shall pay expenses and medical fees in the amount of $4,815.24 to the various providers listed on the settlement agreement.

7. Attorney Flynn shall hold $1,200.00 in his trust account for a possible Medicare Lien.

8. Attorney Thomas Flynn shall distribute  the balance of the Debtors portion of the settlement, $27,610.85 to the Trustee.

9. The Debtor's base plan will increase by $27,610.85.

10. In the event that all or a portion of the $1,200.00 being held in trust by attorney Flynn

does not have to go to Medicare, then that amount will be sent to the Trustee and the debtor's base plan will increase by that amount.

      11. Thomas Flynn Esq. will submit an accounting of the aforesaid disbursements to the trustee within 10 days of settlement.