UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2 ©

THOMAS E. DOWEY, ESQUIRE
1423 Tilton Road, Suite 8
Northfield, New Jersey 08225
(609)646-6200
Attorney for Debtor

**Order Filed on May 29, 2018 by**
**Clerk U.S. Bankruptcy Court**
**District of New Jersey**

In Re:  Reginald Ballard
       Linda Lovingham Ballard

Case No.: 16-30073 (JNP)
Hearing Date:
Judge: Jerrold N. Poslusny Jr.

**ORDER**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED.**

**DATED: May 29, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor: Reginald & linda Lovingham Ballard

Case No.: 16-30073 JNP

**ORDER APPROVING SETTLEMENT**

THIS MATTER having been brought before the court by attorney for the Debtors and for good cause shown, it is hereby

**ORDERED THAT**

1. Debtor's personal injury and spousal consortium settlement is approved.

2. Attorney Thomas Flynn, Esq. shall hold settlement funds in his attorney trust account and distribute to Co-Debtor Linda Lovingham Ballard $23,675.00 per her exemption under sec 522(d)(11)(D).

3. Attorney Flynn shall then distribute to Debtor Reginald Ballard $5,887.32 per his exemption under sec 522(d)(11)(D)(E).

4. Attorney Flynn shall hold $31,311.59 for his attorney fee pending court approval.

5. Attorney Flynn shall hold $500.00 for Thomas E. Dowey, Esq. for his attorney fee for filing this motion, pending court approval.

6. Attorney Flynn shall pay expenses and medical fees in the amount of $4,815.24 to the various providers listed on the settlement agreement.

7. Attorney Flynn shall hold $1,200.00 in his trust account for a possible Medicare Lien.

8. Attorney Thomas Flynn shall distribute the balance of the Debtors portion of the settlement, $27,610.85 to the Trustee.

9. The Debtor's base plan will increase by $27,610.85.

10. In the event that all or a portion of the $1,200.00 being held in trust by attorney Flynn

does not have to go to Medicare, then that amount will be sent to the Trustee and the debtor's base plan will increase by that amount.

      11. Thomas Flynn Esq. will submit an accounting of the aforesaid disbursements to the trustee within 10 days of settlement.

United States Bankruptcy Court
District of New Jersey

In re:  
Reginald T Ballard  
Linda E Lovingham-Ballard  
    Debtors

Case No. 16-30073-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: May 29, 2018  
                         Form ID: pdf903     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2018.  
db/jdb        +Reginald T Ballard,    Linda E Lovingham-Ballard,    101 Savannah Circle,  
               Egg Harbor Township, NJ 08234-6003  
aty          +Thomas Flynn,    Flynn & Associates PC,    2091 Springdale Road,    Suite 2,  
               Cherry Hill, NJ 08003-4005

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2018                                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2018 at the address(es) listed below:  
         Denise E. Carlon    on behalf of Creditor    New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Jennifer R. Gorchow    on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com  
         Robert L. Saldutti    on behalf of Creditor    Financial Health Services, LLC rsaldutti@salduttucollect.com, lmarciano@salduttucollect.com;kcollins@slgcollect.com  
         Steven P. Kelly    on behalf of Creditor    QUICKEN LOANS INC. skelly@sterneisenberg.com, bkecf@sterneisenberg.com  
         Thomas E. Dowey    on behalf of Joint Debtor Linda E Lovingham-Ballard tdesquire@hotmail.com  
         Thomas E. Dowey    on behalf of Debtor Reginald T Ballard tdesquire@hotmail.com  
                                                                                             TOTAL: 8