UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Law Office of Thomas E. Dowey, Esq.
1423 Tilton Road, Suite 8
Northfield, New Jersey 08225
609-646-6200

Order Filed on June 6, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Reginald Ballard
Linda Lovingham Ballard

Case No.: 16-30073

Chapter: 13

Judge: JNP

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

DATED: June 6, 2018

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Thomas E. Dowey, Esq._____, the applicant, is allowed a fee of $ ___800.00___ for services rendered and expenses in the amount of $___0___ for a total of $___800.00___. The allowance is payable:

☐ through the Chapter 13 plan as an administrative priority.

☒ outside the plan. $500.00 From proceeds of settlement $300.00 already received.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

rev.8/1/15

2