UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2 ©)
THOMAS E. DOWEY, ESQUIRE
1423 Tilton Road, Suite 8
Northfield, New Jersey 08225
(609)646-6200
Attorney for Debtor

Order Filed on June 7, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:  Reginald Ballard
        Linda Lovingham Ballard

Case No.: 16-30073 (JNP)
Hearing Date: May 29, 2018
Judge: Jerrold N. Poslusny Jr.

## ORDER APPROVING THE APPLICATION FOR ATTORNEYS' FEES

The relief set forth on the following pages, numbered two (2) through two (2) us hereby **ORDERED**:

**DATED: June 7, 2018**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)

Debtors:           Reginald Ballard and Linda Lovingham Ballard
Case No.:          16-30073 (JNP)
Caption of Order:  **ORDER APPROVING APPLICATION OF ATTORNEYS' FEES**

Upon consideration of the motion by Flynn & Associates, P.C. for an Order approving fees due "F&A" in the handling of debtors' personal injury claims by Thomas F. Flynn, III, Esquire of Flynn & Associates, P.C. law firm who was duly appointed by the Court to continue pursuit of such claimed and good cause appearing therefore, it is hereby:

**ORDERED AS FOLLOWS**:

The debtors appointed personal injury attorney, Thomas F. Flynn, III, Esquire is hereby entitled to pay attorney fees and costs in the amount of $32,376.83 for services rendered as counsel to the debtors in pursuit of personal injury claims pursuant to the retainer agreement entered into with "F&A" and it is further

**ORDERED** that distribution of the settlement is approved as per the closing settlement submitted, including $500.00 to Thomas Dowey, Esquire and $29,562.32 to the debtors, Reginald Ballard and Linda Lovingham Ballard.

**ORDERED** that "F&A" shall serve a true copy of the Order on all parties-in-interest within seven (7) days.