UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2 ©
THOMAS E. DOWEY, ESQUIRE
1423 Tilton Road, Suite 8
Northfield, New Jersey 08225
(609)646-6200
Attorney for Debtor

Order Filed on June 7, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:  Reginald Ballard
        Linda Lovingham Ballard

Case No.: 16-30073 (JNP)
Hearing Date: May 29, 2018
Judge: Jerrold N. Poslusny Jr.

### ORDER APPROVING THE APPLICATION FOR ATTORNEYS' FEES

The relief set forth on the following pages, numbered two (2) through two (2) us hereby **ORDERED**:

**DATED: June 7, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)

Debtors:           Reginald Ballard and Linda Lovingham Ballard
Case No.:          16-30073 (JNP)
Caption of Order:  **ORDER APPROVING APPLICATION OF ATTORNEYS' FEES**

Upon consideration of the motion by Flynn & Associates, P.C. for an Order approving fees due "F&A" in the handling of debtors' personal injury claims by Thomas F. Flynn, III, Esquire of Flynn & Associates, P.C. law firm who was duly appointed by the Court to continue pursuit of such claimed and good cause appearing therefore, it is hereby:

**ORDERED AS FOLLOWS**:

The debtors appointed personal injury attorney, Thomas F. Flynn, III, Esquire is hereby entitled to pay attorney fees and costs in the amount of $32,376.83 for services rendered as counsel to the debtors in pursuit of personal injury claims pursuant to the retainer agreement entered into with "F&A" and it is further

**ORDERED** that distribution of the settlement is approved as per the closing settlement submitted, including $500.00 to Thomas Dowey, Esquire and $29,562.32 to the debtors, Reginald Ballard and Linda Lovingham Ballard.

**ORDERED** that "F&A" shall serve a true copy of the Order on all parties-in-interest within seven (7) days.

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 16-30073-JNP
Reginald T Ballard                                                    Chapter 13
Linda E Lovingham-Ballard
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Jun 07, 2018
                              Form ID: pdf903          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2018.
db/jdb         +Reginald T Ballard,   Linda E Lovingham-Ballard,   101 Savannah Circle,
                 Egg Harbor Township, NJ 08234-6003
aty            +Thomas Flynn,   Flynn & Associates PC,   2091 Springdale Road,   Suite 2,
                 Cherry Hill, NJ 08003-4005

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2018                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    New Penn Financial LLC d/b/a Shellpoint Mortgage
               Servicing dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Jennifer R. Gorchow    on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com
              Robert L. Saldutti    on behalf of Creditor    Financial Health Services, LLC
               rsaldutti@salduttticollect.com, lmarciano@salduttticollect.com;kcollins@slgcollect.com
              Steven P. Kelly    on behalf of Creditor    QUICKEN LOANS INC. skelly@sterneisenberg.com,
               bkecf@sterneisenberg.com
              Thomas E. Dowey    on behalf of Joint Debtor Linda E Lovingham-Ballard tdesquire@hotmail.com
              Thomas E. Dowey    on behalf of Debtor Reginald T Ballard tdesquire@hotmail.com
                                                                                                 TOTAL: 8