**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Reginald T Ballard | Social Security number or ITIN   xxx–xx–5326 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Linda E Lovingham–Ballard | Social Security number or ITIN   xxx–xx–9326 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 16–30073–JNP | |

# Order of Discharge                                                                                                  12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Reginald T Ballard                                    Linda E Lovingham–Ballard

12/3/21                                              **By the court:** Jerrold N. Poslusny Jr.
                                                                                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                        Case No. 16-30073-JNP

Reginald T Ballard                                                                                  Chapter 13

Linda E Lovingham-Ballard

    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Dec 03, 2021 | Form ID: 3180W | Total Noticed: 67 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

+++     Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e).

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Reginald T Ballard, Linda E Lovingham-Ballard, 101 Savannah Circle, Egg Harbor Township, NJ 08234-6003 |
| aty | #+ | Thomas Flynn, Flynn & Associates PC, 2091 Springdale Road, Suite 2, Cherry Hill, NJ 08003-4005 |
| cr | + | Financial Health Services, LLC, c/o Saldutti Law Group, 800 N. Kings Highway, Suite 300, Cherry Hill, NJ 08034 UNITED STATES 08034-1511 |
| cr | + | QUICKEN LOANS INC., Stern & Eisenberg, 1581 Main Street, Suite 200, Suite 200 Warrington, PA 18976-3403 |
| cr | + | Quicken Loans, LLC formerly known as (FKA) Quicken, Stern & Eisenberg, PC, 1040 N. Kings Highway, Suite 407, Cherry Hill, NJ 08034-1925 |
| 516455565 | + | American Express, Bankruptcy Processing, P.O. Box 8053, Mason, OH 45040-8053 |
| 516455568 | + | Betty Tauber, 1-3 Cottage St., Worcester, MA 01609-2399 |
| 516455575 | + | Chris Malinowski dba, C&L Contracting, 119 Old N. Woodstock Road, Southbridge, MA 01550-2835 |
| 516455576 | + | Cliff's at Peace Canyon, P.O. Box 350547, Fort Lauderdale, FL 33335-0547 |
| 516455578 | + | Dilson Caba, 1-3 Cottage St, Worcester, MA 01609-2399 |
| 516455579 | + | Encore Receivable Management, Inc., 400 N. Rogers Road, P.O. Box 3330, Olathe, KS 66063-3330 |
| 516455580 | + | Equiant Financial Services, 4343 N. Scottsdale, Scottsdale, AZ 85251-3343 |
| 516455581 | + | Financial Health Services, c/o Saldutti Law Group, 800 N. Kings Highway, Ste 300, Cherry Hill, NJ 08034-1511 |
| 516455583 | + | Fox Hills Owners Association, 250 West Church Street, Mishicot, WI 54228-9788 |
| 516490614 | + | Fox Hills Owners Association, Attorney John F. Mayers, Nash Law Firm, 1425 Memorial Drive, Manitowoc, WI 54220-6707 |
| 516455584 | + | Guardian Protection Services, 174 Thorn Hill Rd., Warrendale, PA 15086-7528 |
| 516455586 | + | Home Depot Loan Services, P.O. Box 530584, Atlanta, GA 30353-0584 |
| 516455587 | + | Jane Varas, 101 Svannah Circle, Egg Harbor Township, NJ 08234-6003 |
| 516455588 | + | John Francis Mayer, 1425 Memorial Dr., Manitowoc, WI 54220-6707 |
| 516455589 | + | Joseph Allegretto, P.O. Box 353, Absecon, NJ 08201-0353 |
| 516455591 | + | Management Services Inc., P.O. Box 1099, Langhorne, PA 19047-6099 |
| 516455595 | + | Mitra Youseff, 1-3 Cottage St., Worcester, MA 01609-2399 |
| 516455596 | + | Monterey Collections, 4095 Avenida De La Plata, Oceanside, CA 92056-5802 |
| 516509533 | + | NJ Class, PO Box 548, Trenton, NJ 08625-0548 |
| 516455598 | + | NJ HEAA, 4 Quakenbridge Plaza, Trenton, NJ 08619-1241 |
| 516676890 | | New Penn Financial LLC dba Shellpoint Mortgage Ser, c/o Shellpoint Mortgage Servicing, PO BOX 10826, Greenville SC 29603-0826 |
| 516455599 | + | Northstar Location Services LLC, 4285 Genesee St., Buffalo, NY 14225-1943 |
| 516455601 | +++ | Peppertree by the Sea, 305 South Ocean Blvd, North Myrtle Beach SC 29582-3203 |
| 516455602 | + | Phillips & Cohen Asso., P.O. Box 5790, Hauppauge, NY 11788-0164 |
| 516455603 | + | Phillips Cohen Associates, Ltd., Mail Stop: 876, 1004 Justison Street, Wilmington, DE 19801-5148 |
| 516455605 | + | Plantation Resort, 1250 Highway 17 North, Myrtle Beach, SC 29575-6006 |
| 516455606 | | Quicken Loans, 105 Woodward Ave., Detroit, MI 48226 |
| 516455607 | + | Robert Ballard, 2204 Steffanie Ct., Kissimmee, FL 34746-3717 |
| 516455608 | + | Roger Ballard, 8 Winners Ct., Egg Harbor Township, NJ 08234-6709 |
| 516455609 | + | Ron Ostertag, 1-3 Cottage St, Worcester, MA 01609-2399 |
| 516455610 | + | Shellpoint Mortgage Servicing, P.O. Box 740039, Cincinnati, OH 45274-0039 |
| 516455611 | + | SilverScript Insurance Company, P.O. Box 504849, Saint Louis, MO 63150-4849 |
| 516455613 | + | State of NJ Dept of Labor and Workforce, P.O. Box 951, Trenton, NJ 08625-0951 |

Case 16-30073-JNP    Doc 75    Filed 12/05/21    Entered 12/06/21 00:20:17    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 03, 2021 | Form ID: 3180W | Total Noticed: 67 |

| | | | |
|---|---|---|---|
| 518188764 | + Villas at Fortune Place, PO Box 730119, Ormond Beach, FL 32173-0119 | | |

TOTAL: 39

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Dec 03 2021 20:36:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 03 2021 20:36:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516455566 | + EDI: ARSN.COM | Dec 04 2021 01:33:00 | ARS National Services, Inc., P.O. Box 469046, Escondido, CA 92046-9046 |
| 516455567 | + EDI: TSYS2 | Dec 04 2021 01:33:00 | Barclay Bank Delaware, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 516455577 | Email/Text: customercareus@creditcorpsolutionsinc.com | Dec 03 2021 20:35:00 | Credit Corp Solutions INC, 180 Election Road, Suite 200, Draper, UT 84020 |
| 516455569 | EDI: CAPITALONE.COM | Dec 04 2021 01:33:00 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 516455573 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 03 2021 20:35:13 | Carson Smithfield, P.O. Box 9216, Old Bethpage, NY 11804-9016 |
| 516455574 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 03 2021 20:35:21 | Carson Smithfirld, P.O. Box 9216, Old Bethpage, NY 11804-9016 |
| 516455582 | EDI: FORD.COM | Dec 04 2021 01:33:00 | Ford Credit, National Bankruptcy Service Center, P.O. Box 62180, Colorado Springs, CO 80962 |
| 516468996 | EDI: FORD.COM | Dec 04 2021 01:33:00 | Ford Motor Credit Company LLC, Dept 55953, P O Box 55000, Detroit MI, 48255-0953 |
| 516455585 | + EDI: CITICORP.COM | Dec 04 2021 01:33:00 | Home Depot Credit Services, Dept 32 - 2131072096, P.O. Box 9001030, Louisville, KY 40290-1030 |
| 516455590 | Email/Text: camanagement@mtb.com | Dec 03 2021 20:36:00 | M&T Bank, P.O. Box 62082, Baltimore, MD 21264 |
| 516586410 | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 03 2021 20:35:06 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 516630658 | + EDI: MID8.COM | Dec 04 2021 01:33:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 516455592 | + Email/Text: bknotices@mbandw.com | Dec 03 2021 20:36:00 | McCarthy Burgess & Wolff, 26000 Cannon Road, Bedford, OH 44146-1807 |
| 516455593 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 03 2021 20:35:13 | Merrick Bank, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 516455594 | + EDI: MID8.COM | Dec 04 2021 01:33:00 | Midland Credit Management, Inc., P.O. Box 60578, Los Angeles, CA 90060-0578 |
| 516455597 | + EDI: NESF.COM | Dec 04 2021 01:33:00 | National Enterprise Systems, 2479 Edison Blvd., Unit A, Twinsburg, OH 44087-2476 |
| 516692172 | EDI: PRA.COM | Dec 04 2021 01:33:00 | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 516671530 | EDI: PRA.COM | Dec 04 2021 01:33:00 | Portfolio Recovery Associates, LLC, c/o Household Bank, POB 41067, Norfolk VA 23541 |
| 516671384 | EDI: PRA.COM | Dec 04 2021 01:33:00 | Portfolio Recovery Associates, LLC, c/o Orchard Bank, POB 41067, Norfolk VA 23541 |
| 516455604 | + Email/Text: bankruptcy@pinnaclerecovery.com | Dec 03 2021 20:37:00 | Pinnacle Recovery, Inc., P.O. Box 130848, |

Case 16-30073-JNP    Doc 75    Filed 12/05/21    Entered 12/06/21 00:20:17    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 03, 2021 | Form ID: 3180W | Total Noticed: 67 |

| Recip ID | Bypass | Email/EDI | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Carlsbad, CA 92013-0848 |
| 516512505 | + | Email/Text: bankruptcyteam@quickenloans.com | Dec 03 2021 20:36:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 516455612 | + | Email/Text: kareng@spinnakerresorts.com | Dec 03 2021 20:36:00 | Southwind Management Corporation, P.O. Box 6685, Hilton Head Island, SC 29938-6685 |
| 516625861 | + | EDI: RMSC.COM | Dec 04 2021 01:33:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 516455614 | + | EDI: RMSC.COM | Dec 04 2021 01:33:00 | Synchrony Bank, ATTN: Bankruptcy Dept., P.O. Box 965061, Orlando, FL 32896-5061 |
| 517374284 | | EDI: ECAST.COM | Dec 04 2021 01:33:00 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |
| 517374285 | | EDI: ECAST.COM | Dec 04 2021 01:33:00 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262, eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516455570 | * | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 516455571 | * | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 516455572 | * | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 516455600 | *+ | Northstar Location Services, LLC, 4285 Genesee St., Buffalo, NY 14225-1943 |
| 516455615 | *+ | Synchrony Bank, ATTN: Bankruptcy Dept., P.O. Box 965061, Orlando, FL 32896-5061 |
| 516455616 | *+ | Synchrony Bank, ATTN: Bankruptcy Dept., P.O. Box 965061, Orlando, FL 32896-5061 |
| 516455617 | *+ | Synchrony Bank, ATTN: Bankruptcy Dept., P.O. Box 965061, Orlando, FL 32896-5061 |
| 516455618 | ##+ | Yuri Tutka, South Jersey Home Improvements, 143 South Zurich Ave., Egg Harbor City, NJ 08215-3539 |

TOTAL: 0 Undeliverable, 7 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 05, 2021        Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | |

District/off: 0312-1 | User: admin | Page 4 of 4
Date Rcvd: Dec 03, 2021 | Form ID: 3180W | Total Noticed: 67

ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Jennifer R. Gorchow
    on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com

Robert L. Saldutti
    on behalf of Creditor Financial Health Services  LLC rsaldutti@saldutticollect.com, lmarciano@saldutticollect.com;kcollins@slgcollect.com

Steven P. Kelly
    on behalf of Creditor QUICKEN LOANS INC. skelly@sterneisenberg.com  bkecf@sterneisenberg.com

Steven P. Kelly
    on behalf of Creditor Quicken Loans  LLC formerly known as (FKA) Quicken Loans Inc. skelly@sterneisenberg.com, bkecf@sterneisenberg.com

Thomas E. Dowey
    on behalf of Joint Debtor Linda E Lovingham-Ballard tdesquire@hotmail.com

Thomas E. Dowey
    on behalf of Debtor Reginald T Ballard tdesquire@hotmail.com

TOTAL: 9