Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 16−30073−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Reginald T Ballard
101 Savannah Circle
Egg Harbor Township, NJ 08234

Linda E Lovingham−Ballard
101 Savannah Circle
Egg Harbor Township, NJ 08234

Social Security No.:
xxx−xx−5326
xxx−xx−9326

Employer's Tax I.D. No.:

---

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: January 12, 2022

Jerrold N. Poslusny Jr.
Judge, United States Bankruptcy Court